# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

            Case No. 06-CR-2

    -vs-

**JAN LONG,**

        Defendant.

## ORDER

Before the Court is Magistrate Judge Callahan's Recommendation to this Court denying Long's Motion to dismiss Count Three of the indictment and denying Long's motion for a bill of particulars. The Court has reviewed the record and the Magistrate Judge's Recommendation, and rules as follows.

The Magistrate Judge's Recommendation and the reasoning supporting that Recommendation is adopted by this Court in toto.

**NOW, THEREFORE, BASED ON THE FOREGOING IT IS HEREBY ORDERED THAT** Long's motion to dismiss Count Three of the indictment is **denied**.

**IT IS FURTHER ORDERED** that Long's motion for a bill of particulars is **denied**.

Dated at Milwaukee, Wisconsin, this 3rd day of April, 2006.

        **SO ORDERED,**

        s/ Rudolph T. Randa
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**