UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

___

UNITED STATES OF AMERICA,

        Plaintiff,         Case No. 06-CR-2

    vs.

JAN LONG,

        Defendant.

___

## PRELIMINARY ORDER OF FORFEITURE
___

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the plea agreement, and in consideration of the guilty plea of the defendant, Jan Long, to Count Two of the Indictment, the Court finds that the interests of the defendant in the property listed in the forfeiture provision of the Indictment filed on January 4, 2006, shall be forfeited.

IT IS HEREBY ORDERED that any right, title and interest of the defendant in the property described below is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853:

    1.    The real property located at 2945/2947 North 53rd Street, Milwaukee, Wisconsin.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law;

IT IS FURTHER ORDERED that this Order be incorporated by reference in the defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 3rd day of May, 2006.

                                         s/ Rudolph T. Randa
                                         HONORABLE RUDOLPH T. RANDA
                                         Chief Judge, United States District Court