UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.                                  Case No. 06-CR-2

JAN LONG,

        Defendant.
_____

## FINAL ORDER AND JUDGMENT
_____

The Court, having considered the motion of the United States of America together with the affidavit of Assistant United States Attorney Daniel H. Sanders, and being satisfied that the terms and provisions of Title 21, United States Code, Section 853 have been satisfied,

IT IS ORDERED, pursuant to Title 21, United States Code, Section 853, that the United States of America has clear title to the following property and may dispose of according to law:

        1.      The real property located at 2945/2947 North 53rd Street, Milwaukee, Wisconsin.

Dated at Milwaukee, Wisconsin, this 8th day of September, 2006.

                                                s/ Rudolph T. Randa
                                                HON. RUDOLPH T. RANDA
                                                Chief Judge